No. 96–6692. ALTSCHUL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–6693. ALTSCHUL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–6705. BARKER v. KERNAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6712. PERRYMAN v. PRADO, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96–6718. DIAZ v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 96–6721. DUMBRIQUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6726. PULLEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6738. SMITH v. WARNICK ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6742. BENTLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6747. WATSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6748. TRAUTMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6750. SPENCER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6751. YSASSI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6756. MEADOWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6762. FRANKLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6764. JUAREZ GODINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.